# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MIDWEST STEEL, INC., et al.,**

                    **Plaintiff(s),**

    vs.

**SKANSKA/W3, et al.,**

                    **Defendant(s).**

                              /

CASE NO. 05-CV-72624-DT

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                                s/ DENISE PAGE HOOD
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

Dated: November 30, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2005, by electronic and/or ordinary mail.

                                                s/William F. Lewis
                                                Case Manager